IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ACE FIRE UNDERWRITERS INSURANCE COMPANY, | CV 24-130-M-KLD |
| Plaintiff and Counterclaim Defendant, | ORDER |
| vs. | |
| D&E GROUP LLC dba BITTERROOT INVESTIGATIONS, and CRYSTAL WEST, JR., | |
| Defendants and Counterclaimants | |

The parties have filed a joint stipulation of dismissal without prejudice. (Doc. 13). The parties request that this Court dismiss the above-captioned matter without prejudice, with each party to bear its own costs and fees. Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs and fees.

//

//

//

1

The Clerk of Court is directed to close the case file.

DATED this 14th day of February, 2025.

Kathleen L. DeSoto
United States Magistrate Judge